## MOTION DOCKET

**94–642, 94–643** and **94–644.** Gen. Motors Corp., Packard Elec. Div. v. Tracy. Board of Tax Appeals, No. 92–K–146. On request for argument before full court. Request granted and arguments to be held on the same date.

**94–873.** Motorists Mut. Ins. Co. v. Huron Rd. Hosp. *Cuyahoga County*, No. 64585. On motion to withdraw as counsel by Hahn Loeser & Parks. Motion granted.

**94–1063.** Gladon v. Greater Cleveland Regional Transit Auth. *Cuyahoga County*, No. 64029. On motion to strike briefs of *amici curiae*. Motion denied.

**94–1304.** State v. Herring. *Stark County*, No. CA–9398. On motion for leave to file delayed appeal. Motion denied.

**94–1388.** In re Special Grand Jury Investigation Concerning Organic Technologies. *Licking County*, No. 93CA00077. On motion to supplement record. Motion denied.

**94–1409.** State v. Spillman. *Richland County*, No. 93–CA–24. On motion for leave to file delayed appeal. Motion denied. .
MOYER, C.J., and RESNICK, J., dissent.